No. TX-14-42049

| | | |
|---|---|---|
| **DALLAS COUNTY, ET AL,**<br>Plaintiffs | §<br>§<br>§ | **IN THE DISTRICT COURT** |
| **vs.** | §<br>§<br>§ | **193rd JUDICIAL DISTRICT** |
| **CALATRAVA GP, LLC, ET AL**<br>Defendants | §<br>§<br>§ | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/20/2015 3:43:18 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Please note that Calatrava GP, LLC and Calatrava LP, Defendants, in the above styled cause, November 19, 2015, in accordance with the applicable Texas Rules of Appellate Procedure, effected an appeal of this cause to the Court of Appeals, Fifth District, Dallas, Texas:

1. The Trial Court Cause No. is TX-14-42049; 193rd District Court, Dallas County, Texas and the case style is shown in the caption above;

2. Judgment was signed October 21, 2015;

3. Calatrava GP, LLC and Calatrava LP desire to appeal;

4. Appeal is taken to the Court of Appeals, Fifth District, Dallas, Texas;

5. Calatrava GP, LLC and Calatrava LP are the parties that file this notice; and,

6. This is not an accelerated appeal nor is it a parental termination or child protection case.

**WHEREFORE,** Defendants seeks all relief requested herein and for such other and further relief as Defendants may show themselves justly entitled.

NOTICE OF APPEAL

Page 1

Respectfully Submitted,

**STEVEN M. STRONG, P.C.**

By: /s/ *Steven M. Strong*
      Steven M. Strong
      Texas Bar No. 19417800
      steve@stronglegal.com
      Janet L. Strong
      Texas Bar No. 24053462
      janet@stronglegal.com

4713 West Lovers Lane, Suite 204
Dallas, Texas 75209
214 890 1100 Telephone
214 890-9875 Facsimile

Attorneys for Appellants

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon counsel of record for the Plaintiffs via facsimile on this 19th day of November, 2015.

/s/ *Steven M. Strong*
Steven M. Strong